IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In the Bankruptcy Matter of: | Bankruptcy No. 16-25255 |
| Zoran Savic | Judge LaShonda A. Hunt |
| | Chapter: 13 |
| Debtor | |

## AGREED ORDER RESOLVING OBJECTION TO CONFIRMATION

This cause coming to be heard on the objection to confirmation of Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America ("Creditor"), through its attorneys, Johnson, Blumberg & Associates, LLC, the Court being fully advised;

IT IS HEREBY ORDERED:

1. The claim of Creditor will be deemed fully secured in the amount of $24,000.00, with the remaining portion being paid as a timely filed general unsecured claim. However, in the event of a dismissal of the case or conversion of the case, or if the stay is modified pursuant to paragraph 6 below or on a motion to lift the stay for failure to make the payments required by the plan, then the provisions of the Chapter 13 Plan under Section E part 3.1 and Special Terms, modifying the claim of Creditor shall be deemed void.

2. The lien of Creditor shall remain on real property commonly known as 15120 Halsted Street, Harvey, IL 60426 until the Debtor completes his current Chapter 13 plan and receives a discharge.

3. Upon full compliance with these terms and the Debtor's receipt of a Chapter 13 discharge pursuant to 11 U.S.C. § 1328(a) in this case and upon successful completion of the Debtor's Chapter 13 plan Creditor will provide a release of the mortgage in accordance with applicable state law as to the real property located at 15120 Halsted Street, Harvey, IL 60426.

4. The Debtor shall pay creditor for taxes advanced post-petition; specifically, $1,725.20 for taxes advanced on September 2, 2016, to be paid by April 5, 2017. If the Debtor fails to pay this tax advance before the deadline, then the default provisions of paragraph 6, below, shall apply. The Debtor shall pay all other property taxes that come due during the plan. If the Debtor fails to pay the property taxes such that one (1) tax payment is due and unpaid, then the provisions of paragraph 6 below shall apply.

5. The Debtor shall maintain satisfactory Homeowner's Insurance which lists Creditor as the loss payee on the property commonly known as 15120 Halsted Street, Harvey, IL 60426. If the Debtor fails to maintain satisfactory Homeowner's Insurance, then the provisions of paragraph 6 below shall apply.

6.    If the Debtor fails to comply with paragraphs 4 or 5, above, then the automatic stay shall be modified without further order of the court to allow Creditor., to proceed with foreclosure, eviction, or any other action to preserve and enforce its rights with regard to the property commonly known as 15120 Halsted Street, Harvey, IL 60426, provided that written notice of default shall be served on the Debtor, Debtor's Attorney, and the Chapter 13 Trustee. The stay shall be modified upon the issuance of the notice of default.

Date: 1 0 APR 2017

Enter: _LaShonda A. Hunt_
Judge LaShonda A. Hunt

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711